Nationstar Mtge., LLC v Medina (2024 NY Slip Op 04563)

Nationstar Mtge., LLC v Medina

2024 NY Slip Op 04563

Decided on September 25, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 25, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
ANGELA G. IANNACCI
LARA J. GENOVESI
LAURENCE L. LOVE, JJ.

2019-08251
2019-08252
 (Index No. 606751/17)

[*1]Nationstar Mortgage, LLC, plaintiff, 
v
Veronica Medina, et al., defendants; U.S. Bank National Association, etc., nonparty-respondent; 2930B111, LLC, nonparty-appellant.

Christopher Thompson, West Islip, NY, for nonparty-appellant.
Knuckles, Komosinski & Manfro, LLP, Elmsford, NY (Louis A. Levithan of counsel), for nonparty-respondent.

DECISION & ORDER
In an action to foreclose a mortgage, nonparty 2930B111, LLC, appeals from (1) an undated decision of the Supreme Court, Nassau County (Thomas A. Adams, J.), and (2) stated portions of an order of the same court entered May 14, 2019. The order, upon the decision, inter alia, granted those branches of the motion of U.S. Bank National Association, as the plaintiff's assignee, which were for summary judgment on the complaint insofar as asserted against the defendant Veronica Medina, for an order of reference, and to amend the caption to substitute U.S. Bank National Association as the plaintiff, and denied the cross-motion of nonparty 2930B111, LLC, for leave to intervene in the action and, thereupon, for leave to serve an answer.
ORDERED that the appeals are dismissed, without costs or disbursements.
The appeal from the decision must be dismissed, as no appeal lies from a decision (see Schicchi v J.A. Green Constr. Corp., 100 AD2d 509). The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of an order and judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the order and judgment of foreclosure and sale (U.S. Bank N.A. v Medina, ___ AD3d ___ [decided herewith]; see CPLR 5501[a][1]; Matter of Aho, 39 NY2d at 248).
CONNOLLY, J.P., IANNACCI, GENOVESI and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court